From: The District Court of the Fourth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. ENEAS KENMILLE, Defendant.

## DECISION

No. DC-81-98

The application of the above-named defendant for a review of the sentence of 10 years with 5 years suspended conditions imposed on May 12, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that in view of the recommendation of the Parole Officer the sentence was proper and just under all circumstances.

HON. JOSEPH P. GARY DISSENTS: He would recommend raising the sentence another 10 years because of the Defendant's extreme bad driving record and the fact that he committed another crime while awaiting sentencing.

We wish to thank John Whiston of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Fourth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. DOUGLAS MATT, Defendant.

## DECISION

No. DC-83-23

The application of the above-named defendant for a review of the sentence of 6 years imposed on May 18, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

In light of the apparent need for continued supervision, this Board finds that the sentence imposed was justified.

We wish to thank Jami Davenport of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson